UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS MAJCHROWSKI & ASSOCIATES, INC. dba TERESCRIPTION,** a California corporation, <br><br>     **Plaintiff,** <br> v. <br><br> **3PLAY MEDIA, INC.,** a Delaware corporation, <br><br>     **Defendant.** | Civil Action No. 1:17-cv-11048-MLW |

# STIPULATED JOINT DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the Plaintiff Thomas Majchrowski & Associates, Inc. dba Terescription ("Terescription") and the Defendant 3Play Media, Inc. ("3Play") stipulate to dismiss all claims by Terescription made herein with prejudice, subject to the terms of the parties' settlement agreement (which shall remain in full force and effect). Each of the parties agrees to bear its own costs, expenses and attorneys' fees.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| /s/ Matthew M. Jakubowski | /s/ Nathan R. Speed with Consent |
| David C. Berry (BBO #551509) | Nathan R. Speed (BBO #670249) |
| Mark A. Cantor (MI P32661 – *Pro Hac Vice*) | Ethan W. Marks (BBO #690746) |
| Matthew M. Jakubowski (MI P63194 – *Pro Hac Vice*) | Wolf, Greenfield & Sacks, P.C. |
| Brooks Kushman P.C. | 600 Atlantic Avenue |
| 1000 Town Center, 22nd Floor | Boston, Massachusetts 02210 |
| Southfield, MI 48075 | Tel: (617) 646-8000 |
| Tel: (248) 358-4400 | Fax: (617) 646-8646 |
| Fax: (248) 358-3351 | nspeed@wolfgreenfield.com |
| dberry@brookskushman.com | emarks@wolfgreenfield.com |
| mcantor@brookskushman.com | |
| mjakubowski@brookskushman.com | |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing STIPULATED JOINT DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Nathan R. Speed
>Ethan W. Marks
>Wolf Greenfield & Sacks, P.C.
>600 Atlantic Avenue
>Boston, MA 02210-2206
>(617) 646-8000
>nathan.speed@wolfgreenfield.com
>emarks@wolfgreenfield.com

Dated: June 22, 2018                                          /s/ Matthew M. Jakubowski
                                                              Matthew M. Jakubowski